UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-23704-JEM

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

BIN HAO and,
QIDIAN, LLC,

     Defendants.

## DECLARATION OF SAMUEL CROWELL

Pursuant to 28 U.S.C. §1746, the undersigned states as follows:

### I.     INTRODUCTION

1.     My name is Samuel Crowell and I am over 21 years of age. I have personal knowledge of the matters set forth herein.

2.     I am an accountant contracted by the United States Securities and Exchange Commission ("SEC") in the Division of Enforcement of the Miami Regional Office. I passed the Certified Public Accountant exam in the State of Maryland.  I have close to 50 years of experience in corporate accounting at MCI, Fannie Mae (FNMA), Freddy Mac  (FHLMC), Prudential, Del Monte and Avaya.

3.     All amounts referred to in this Declaration are approximate and have been rounded.

**EXHIBIT**

**1**

## II. RECORDS ANALYZED

4.      This Declaration is based on my analysis of bank records for Qidian and related entities for the period of July 2015 through June 2020 ("Analysis Period") including, among other things, account opening documents, signature cards, monthly statements, deposit slips, deposited checks, wire transaction details, and canceled checks for the following thirteen (13) accounts ("Accounts"):

| Account Holder | Financial Institution | Account Identifier | Authorized Signer |
|---|---|---|---|
| Qidian LLC | Bank of America, NA | x2279 | Bin Hao |
| Qidian LLC | Bank of America, NA | x2282 | Bin Hao |
| QDEF 16 LLC | Capital One Bank, NA | x2471 | Bin Hao |
| Qidian LLC | Capital One Bank, NA | x4453 | Bin Hao |
| QDE#11, LLC | Capital One Bank, NA | x4593 | Bin Hao |
| QDD 14, LLC | Capital One Bank, NA | x4607 | Bin Hao |
| QDE 12, LLC | Capital One Bank, NA | x4615 | Bin Hao |
| QDD15 LLC | Capital One Bank, NA | x4674 | Bin Hao |
| QDE 18 LLC | Capital One Bank, NA | x0174 | Bin Hao |
| Qpoint 21 LLC | Capital One Bank, NA | x0207 | Bin Hao |
| Qpoint 19 LLC | Capital One Bank, NA | x0234 | Bin Hao |
| Qpoint 20 LLC | Capital One Bank, NA | x0246 | Bin Hao |
| Qpoint 23 LLC | Capital One Bank, NA | x5994 | Bin Hao |

5.      While I generally perform financial analysis by grouping accounts by account holder per the signature cards, it was necessary to group all records for the bank accounts identified in Paragraph 4 (collectively, "Qidian Accounts") because the accounts received investor funds and were commingled such that they appeared to act as one entity.

6.      I was asked to identify total amounts raised from investors between the period commencing January 31, 2019 through June 2020. The accounts reflect that $10.3 million of investor funds were deposited into these accounts controlled by Hao.

7.      Of the $10.3 million raised from investors, I identified $2.3 million was used by Hao to pay investors apparent "interest" payments.

### III. DISGORGEMENT CALCULATION

8.      My analysis of these Accounts identified the following amounts Hao used to pay his personal expenses, including credit cards and a vehicle in the name of Hao, and mortgage payments for a residence held in Hao's wife's name, Ay Hao:

| Description | Amount |
|---|---|
| Cash withdrawals or transfers to Hao's personal bank account | $519,765 |
| Payments on Hao's Chase Bank, American Express, and Citibank credit cards | $234,627 |
| Payments to BMW Financial, lease payments for Hao's personal car | $22,986 |
| Mortgage payments for Hao's personal residence | $15,887 |
| **Total Personal Payments** | **$793,267** |

9.      My analysis of these Accounts also identified a total of $733,217 Hao transferred to three separate accounts in China.  The names of the account holders for these three accounts are not among the list of investors.

10.     The total disgorgement amount is $1,526,484.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August 2025 in Miami, Florida.

_____
Samuel Crowell