

# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

## Hao Prejudgment Interest Calculator

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,526,484.00** |
| 11/01/2020-12/31/2020 | 3.00% | 0.5% | $7,632.42 | $1,534,116.42 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $11,348.26 | $1,545,464.68 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $11,559.23 | $1,557,023.91 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $11,773.66 | $1,568,797.57 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $11,862.69 | $1,580,660.26 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $11,692.56 | $1,592,352.82 |
| 04/01/2022-06/30/2022 | 4.00% | 1% | $15,879.90 | $1,608,232.72 |
| 07/01/2022-09/30/2022 | 5.00% | 1.26% | $20,268.14 | $1,628,500.86 |
| 10/01/2022-12/31/2022 | 6.00% | 1.51% | $24,628.29 | $1,653,129.15 |
| 01/01/2023-03/31/2023 | 7.00% | 1.73% | $28,533.46 | $1,681,662.61 |
| 04/01/2023-06/30/2023 | 7.00% | 1.75% | $29,348.47 | $1,711,011.08 |
| 07/01/2023-09/30/2023 | 7.00% | 1.76% | $30,188.80 | $1,741,199.88 |
| 10/01/2023-12/31/2023 | 8.00% | 2.02% | $35,110.22 | $1,776,310.10 |
| 01/01/2024-03/31/2024 | 8.00% | 1.99% | $35,332.07 | $1,811,642.17 |
| 04/01/2024-06/30/2024 | 8.00% | 1.99% | $36,034.85 | $1,847,677.02 |
| 07/01/2024-09/30/2024 | 8.00% | 2.01% | $37,155.47 | $1,884,832.49 |
| 10/01/2024-12/31/2024 | 8.00% | 2.01% | $37,902.64 | $1,922,735.13 |
| 01/01/2025-03/31/2025 | 7.00% | 1.73% | $33,186.94 | $1,955,922.07 |
| 04/01/2025-07/31/2025 | 7.00% | 2.34% | $45,763.22 | $2,001,685.29 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| **11/01/2020-07/31/2025** | | | **$475,201.29** | **$2,001,685.29** |

EXHIBIT

2